IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>LATOYA R BURT<br>    Debtor,<br><br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>    Movant,<br><br>         v.<br><br>LATOYA R BURT, and<br>DEJA T. BURT, Non-Filing Co-Debtor<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No.  25-13629-djb<br><br>Chapter 13 |

## MOTION FOR RELIEF & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Consumer Portfolio Services, Inc. (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief & Co-Debtor Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1.    Respondents, Latoya R Burt (the "Debtor") and Deja T. Burt (the "Non-Filing Co-Debtor") are an adult individuals with a place of residence located at 800 N. 48th Street, Unit 75, Philadelphia, PA 19139.

2.    Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3.    This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4.    On or about September 10, 2025, the Debtor, Latoya Robin Burt, filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about February 27, 2025, the Debtors purchased a 2021 Hyundai Elantra Sedan 4D SEL2.0L I4, VIN: 5NPLM4AG1MH046398 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Contract requires monthly payments of $436.61, which amounts are due on or before the 29th of each month.

8. On June 25, 2025, prior to this Petition being filed, the Vehicle was impounded due to be being involved in accident and Movant has been in possession of the Vehicle since the impound date.

9. As of the date of this Motion, the Debtor is currently due for the September 29, 2025 post-petition payments.

10. The Debtor's Chapter 13 Plan states that payments to Movant will be made outside the Plan.

11. The Total Debt due on the Contract as of September 22, 2025, was $18,254.52.

12. The J.D. Power value for the 2021 Hyundai Elantra Sedan 4D SEL2.0L I4, VIN: 5NPLM4AG1MH046398 is $13,100.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**

13. Movant seeks relief in order to liquidate the vehicle to recover any loss.

14. Code Section 1301 provides for a stay against collection against a co-debtor.

15. Movant is entitled to relief from the automatic stay for cause due to lack of adequate protection. 11 U.S.C. §362(d)(1).

16. Movant is entitled to co-debtor relief pursuant to 11 U.S.C. § 1301(c) because (i) Movant will be irreparably harmed if not able to pursue collection action against the Co-Debtor for any lease residual not paid and for repossession and sale of the Vehicle.

WHEREFORE, Movant, Consumer Portfolio Services, Inc., respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2021 Hyundai Elantra Sedan 4D SEL2.0L I4, VIN: 5NPLM4AG1MH046398.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated: October 7, 2025

*Counsel for Consumer Portfolio Services, Inc.*